STATE OF NEW JERSEY v. HARRY MILICI.

February 15, 1977. Petition for certification denied.

LUCILLE VAN LENTEN v. PASSAIC CRUSHED STONE.

February 15, 1977. Petition for certification denied.

THE PRINCETON COMMUNITY PHONE BOOK, INC. v.
DIRECTOR, DIVISION OF TAXATION.

February 15, 1977. Petition for certification denied. (See
145 *N. J. Super.* 589)

STATE OF NEW JERSEY v. ANTHONY VARDOULAKIS.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. WADE.

February 15, 1977. Petition for certification denied.

AARON SULZBURGH v.
CAPITAL CORPORATION OF AMERICA.

February 15, 1977. Petition for certification denied.